```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

AL JOSEPH FELDER                                         PETITIONER

VS.                           CIVIL ACTION NO. 5:04-cv-198(DCB)(JCS)

MICHAEL PETTIFORD, WARDEN                                RESPONDENT

## FINAL JUDGMENT

This cause having come before the Court on Magistrate Judge James C. Sumner's Report and Recommendation of November 8, 2005, and the Court having adopted the report and recommendation in an Order of even date herewith, finding that it is without jurisdiction to hear the petition for relief pursuant to 28 U.S.C. § 2241; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this cause is dismissed with prejudice for lack of jurisdiction.

SO ORDERED, this the __17th__ day of March, 2006.


                              _____s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE